IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| RICHARD FIELDS, § § § Plaintiff, § § v. § § TRAVELERS INDEMNITY COMPANY, § § Defendant. § | CIVIL ACTION NUMBER: CV - 08 - 206 |

## NOTICE OF REMOVAL

TO THE PLAINTIFF IN THE ABOVE-STYLED CAUSE AND HIS ATTORNEYS OF RECORD:

Please take notice that on the 5th day of March, 2008, the undersigned, as attorneys for Defendant The Automobile Insurance Company of Hartford, Connecticut (hereinafter "AICH"), improperly referenced in Plaintiff's Complaint as "Travelers Indemnity Company," filed on its behalf a notice of removal in the United States District Court for the Middle District of Alabama, Northern Division, to remove the above-entitled cause of action from the Circuit Court of Montgomery County, Alabama (CV-08-0206) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama.

Respectfully submitted,

*/s/ Candace L. Hudson*
Brenen G. Ely (ELY004)
Joel S. Isenberg (ISE001)
Candace L. Hudson (HUD026)
Attorneys for Defendant The Automobile Insurance Company of Hartford, Connecticut, improperly referenced in Plaintiff's Complaint as "Travelers Indemnity Company"

**OF COUNSEL:**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, AL 35209
Telephone:   (205) 313-1200
Facsimile:    (205) 313-1201

### CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the Alacourt efile system or U.S. Mail on this the 5th day of March, 2008.

James M. Smith, Attorney at Law, P.C.
10A Commerce Row
529 South Perry Street
Montgomery, Alabama 36104

_____
OF COUNSEL