IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD FIELDS,** § § | |
| Plaintiff, § § | |
| § | CIVIL ACTION NUMBER: |
| v. § § | |
| § | 2:08-CV-155-WKW |
| **TRAVELERS INDEMNITY COMPANY,** § § | |
| Defendant. § | |

### RULE 7.1 DISCLOSURE STATEMENT

COMES NOW Defendant The Automobile Insurance Company of Hartford, Connecticut, improperly identified in Plaintiff's Complaint as "Travelers Indemnity Company," and, pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of its stock:

| | |
|---|---|
| **The Automobile Insurance Company of Hartford, Connecticut** | The Automobile Insurance Company of Hartford, Connecticut is a wholly-owned subsidiary of The Standard Fire Insurance Company, which is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers Companies, Inc., a public company. |

 /s/ Candace L. Hudson
Brenen G. Ely (asb-0366-e54b)
Joel S. Isenberg (asb-8855-n76j)
Candace L. Hudson (asb-8314-n66h)
One of the Attorneys for Defendant The Automobile Insurance Company of Hartford, Connecticut, improperly identified in Plaintiff's Complaint as "Travelers Indemnity Company"

**OF COUNSEL:**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, AL 35209
Telephone:    (205) 313-1200
Facsimile:    (205) 313-1201

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the federal court efile system or U.S. Mail on this the 6th day of March, 2008.

    James M. Smith, Attorney at Law, P.C.
    10A Commerce Row
    529 South Perry Street
    Montgomery, Alabama 36104

                                     /s/ Candace L. Hudson
                                     OF COUNSEL