IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD FIELDS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     CASE NO. 2:08-cv-155-WKW |
| | ) |
| **TRAVELERS INDEMNITY COMPANY,** | ) |
| | ) |
|     **Defendant.** | ) |

## BRIEFING ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Bad-Faith Claims (Doc. # 5) filed on March 12, 2008, it is ORDERED that the motion be submitted without oral argument on **April 25, 2008.**

It is further ORDERED that plaintiff file a response which shall include a brief **on or before April 11, 2008**. The defendant may file a reply brief **on or before April 25, 2008**.

The motion shall be under submission on the due date of the reply brief. Unless the court determines that a hearing is necessary or helpful, at which time a date will be set, the court will determine the motion without oral argument upon submission.

Briefs in support of or in opposition to any motion generally **should not exceed 25 pages.** In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and

evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE this 21st day of March, 2008.

                                    /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE