IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **Richard Fields,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: CV-2008-206 |
| | ) | |
| **The Automobile Insurance Company** | ) | |
| **Of Hartford, Connecticut,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO REMAND

COMES NOW the Plaintiff in the above styled case and moves this court to remand this action to the Circuit Court of Montgomery County (Case No. 2008-206). By the filing of this motion, the Plaintiff affirmatively represents that he is not seeking damages equal to or in excess of this court's jurisdiction of $75, 000.00. Thus, this Court loses jurisdiction and this case is due to be remanded to the Circuit Court of Montgomery County.

WHEREFORE, the Plaintiff respectfully moves this Court to remand the above styled case back to the Circuit Court of Montgomery County.

Respectfully submitted,

*/s/ James M. Smith*____
**JAMES M. SMITH (SMI173)**
**Attorney for Richard Fields, Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on all partied of record via the federal court efile system or U.S. Mail, postage pre-paid, on this the 8th day of April, 2008.

**Brenen G. Ely**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209

**Joel S. Isenberg**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209

**Candace L. Hudson**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209


___/s/ James M. Smith____
OF COUNSEL