IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **Richard Fields,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:08-CV-0155 |
| ) | |
| **The Automobile Insurance Company** ) | |
| **Of Hartford, Connecticut,** ) | |
| ) | |
| **Defendant.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **RICHARD FIELDS**, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James M. Smith*____
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

April 15, 2008
Date　　　　　　　　　　　　　　　　　　　　　**JAMES M. SMITH (SMI173)**
　　　　　　　　　　　　　　　　　　　　　　　10A Commerce Row
　　　　　　　　　　　　　　　　　　　　　　　529 South Perry Street
　　　　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 334-264-5540
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  334-264-5541
　　　　　　　　　　　　　　　　　　　　　　　Email:  jim@jimsmith-attorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed, a copy of the above, and foregoing, with the Clerk of the Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses, on this the 15th day of April, 2008.

**Brenen G. Ely**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
bely@elylawllc.com

**Joel S. Isenberg**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
jisenberg@elylawllc.com

**Candace L. Hudson**
ELY & ISENBERG, LLC
600 Beacon Parkway West, Suite 104
Birmingham, Alabama 35209
chudson@elylawllc.com

___/s/ James M. Smith____
OF COUNSEL